UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | No. 17-CR-123 (LAP) |
| ANGEL GUANCE, | |
| Defendant. | ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Guance's motion for compassionate release (dkt. no. 837). The Government shall respond by October 14, and Mr. Guance may reply by October 28.

SO ORDERED.

Dated: September 23, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.